No. A–225. HERBERT SCHMIDT & CO., AKA WAFFENFABRIK SCHMIDT GMBH v. LATHAM ET AL. 18th Jud. Dist. Ct. Tex., Somerville County. Application for stay, addressed to JUSTICE O'CONNOR and referred to the Court, denied.

No. D–422. IN RE DISBARMENT OF HARDEN. Disbarment entered. [For earlier order herein, see 466 U. S. 956.]

No. D–424. IN RE DISBARMENT OF STEWART. Disbarment entered. [For earlier order herein, see 466 U. S. 956.]

No. D–428. IN RE DISBARMENT OF QUELLO. Disbarment entered. [For earlier order herein, see 466 U. S. 969.]

No. D–430. IN RE DISBARMENT OF LEVINSON. Disbarment entered. [For earlier order herein, see 467 U. S. 1202.]

No. D–432. IN RE DISBARMENT OF GRAFFAGNINO. Disbarment entered. [For earlier order herein, see 467 U. S. 1203.]

No. D–440. IN RE DISBARMENT OF WORK. Disbarment entered. [For earlier order herein, see 468 U. S. 1223.]

No. D–441. IN RE DISBARMENT OF MUSHKIN. Disbarment entered. [For earlier order herein, see 468 U. S. 1223.]

No. D–442. IN RE DISBARMENT OF SWEENEY. Disbarment entered. [For earlier order herein, see 468 U. S. 1223.]

No. D–455. IN RE DISBARMENT OF PHILLIPS. It is ordered that Monte Charles Phillips, of Kansas City, Mo., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–456. IN RE DISBARMENT OF O'BRIEN. It is ordered that Francis Edward O'Brien, of Deer Park, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–457. IN RE DISBARMENT OF SHAPIRO. It is ordered that Alfred Bruce Shapiro, of Alexandria, La., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.